IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **DECAPOLIS SYSTEMS, LLC,** *Plaintiff,* | § § § | |
| v. | § § § | Case No. 6:21-cv-01253-ADA |
| **WISE HEALTH SERVICES** *Defendant.* | § § § § § | **JURY TRIAL DEMANDED** |

## MOTION TO WITHDRAW PAUL J. ABELKOP

Counsel for Defendant Wise Health Services hereby moves the Court to withdraw an attorney for Defendant who is no longer affiliated with Wilson Whitaker Rynell and states as follows:

On February 2, 2022, Paul J. Abelkop filed a Notice of Appearance on behalf of Defendant Wise Health Services in the above-styled matter. Dkt. No. 10. Mr. Abelkop's last day at Wilson Whitaker Rynell was March 31, 2022. Accordingly, the undersigned respectfully requests that Mr. Abelkop be withdrawn as counsel of record for Defendant Wise Health Services. Harnaik (Nick) Kahlon, Louis A. Klapp, Michael H. Fleck, B. Russell Horton, Jennifer M. Rynell, John T. Wilson, and Leigh Caudle Whitaker will remain counsel for Defendant in this matter. Thus, the withdrawal of Mr. Abelkop will have no effect on Defendant's representation or otherwise delay the disposition of this case.

Accordingly, the undersigned respectfully requests that Mr. Abelkop be withdrawn as counsel of record for Defendant Wise Health Services and requests this Court and opposing counsel remove him from the service list.

DATED: May 24, 2022                    Respectfully submitted,

By: */s/ Jennifer M. Rynell.*
John T. Wilson
State Bar No. 24008284
Jennifer M. Rynell
State Bar No. 24033025
Leigh Caudle Whitaker
State Bar No. 24094260
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C**.**
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972.248.8080
(F) 972.248.8088
(E) eservice@wilsonlegalgroup.com

**ATTORNEYS FOR DEFENDANT WISE HEALTH SERVICES**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on May 24, 2022, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

*/s/ Jennifer M. Rynell*
Jennifer M. Rynell