IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Decapolis Systems, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Wise Health Services, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 6:21-cv-01253-ADA <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT WISE HEALTH SERVICES'**
**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF**

Defendant Wise Health Services ("Wise Health") respectfully submits this Motion for Leave to File its Reply Brief in Support of its Motion to Dismiss ("Reply").

On April 11, 2022, Wise Health filed its Motion to Dismiss Plaintiff Decapolis Systems LLC's ("Decapolis") First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) for Failure to State a Claim ("Motion to Dismiss"). (Dkt. No. 22.)  Decapolis did not respond by its April 25, 2022 deadline.  Therefore, on May 4, 2022, Wise Health filed a notice informing the Court that its Motion to Dismiss may be granted as unopposed in accordance with Local Rule CV-7(d)(2). (Dkt. No. 27.)  Later that same day, Decapolis moved for leave to file a responsive brief and attached its Opposition to Motion to Dismiss ("Response"). (Dkt. Nos. 28, 28-1.)  On June 9, 2022, the Court granted Decapolis's Motion for Leave and deemed Decapolis's Response filed on May 4, 2022.

Pursuant to Local Rule CV-7(E)(2), a reply in support of a motion "shall be filed not later than 7 days after the filing of the response to the motion."  Wise Health believes the filing of its Reply within 7 days from the Court's June 9, 2022 Order is timely.  However, in an abundance of caution—because the Court deemed Decapolis's Response filed on May 4, 2022—Wise Health submits this Motion for Leave to File Reply Brief within 7 days of the Court's June 9, 2022 Order,

up to and including June 16, 2022. To the extent Wise Health's Reply is untimely because Decapolis' Response was deemed filed, Wise Health respectfully requests that this Court grant Wise Health leave to file its Reply.

Pursuant to Local Rule CV-7(G), on June 16, 2022, Wise Health's counsel contacted Decapolis's counsel regarding whether Decapolis opposed the relief sought in this Motion. Decapolis does not oppose the relief sought in this Motion.

Dated: June 16, 2022

Respectfully Submitted,

/s/ B. Russell Horton
B. Russell Horton
Texas State Bar No. 10014450
rhorton@gbkh.com
George Brothers Kincaid & Horton, LLP
1100 Norwood Tower
114 West 7th St Austin, TX 78701
T: (512) 495-1400
F: (512) 499-0094

Nick Kahlon (pro hac vice)
nkahlon@rshc-law.com
Louis A. Klapp (pro hac vice)
lklapp@rshc-law.com
Michael H. Fleck (pro hac vice)
mfleck@rshc-law.com
RILEY SAFER HOLMES & CANCILA LLP
70 W Madison Street, Suite 2900
Chicago, IL 60602
T: (312) 471-8700

John T. Wilson
State Bar No. 24008284
Jennifer M. Rynell
State Bar No. 24033025
Leigh Caudle Whitaker
State Bar No. 24094260
Paul J. Abelkop
State Bar No. 24115987
WILSON WHITAKER RYNELL
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000

        Dallas, Texas 75248
        (T) 972.248.8080
        (F) 972.248.8088
        (E) eservice@wilsonlegalgroup.com

*Attorneys for Defendant Wise Health Services*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2022, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the ECF system and has been served on all counsel of record who are deemed to have consented to electronic service via the court's CM/ECF system.

                                        */s/ B. Russell Horton*
                                        B. Russell Horton